IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Atlantic Recording Corporation, et al., :

    Plaintiffs, :

                                         Case No. 2:05-cv-183
v. : JUDGE SARGUS

Jacquelyn Newton, :

    Defendant. :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on October 4, 2005. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Plaintiffs' Application for Entry of Default Judgment by the Court (doc. #9) is GRANTED. Judgment is entered against Defendant Jacquelyn Newton for $6,000; she is enjoined from directly or indirectly infringing plaintiffs' rights under federal and/or state law for the Copyrighted Recordings and any sound recording, whether in existence or later created, that is owned or created by plaintiffs, or any parent, subsidiary, or affiliate record label of plaintiffs, including but not limited to being enjoined from using the Internet or any online media distribution system to reproduce or download any of plaintiffs' recordings, to distribute or upload any of plaintiffs' recordings, or to make any of plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs; and she is ordered to destroy all copies of plaintiffs' recordings that she has downloaded onto any computer hard drive or server without plaintiffs' authorization and to destroy any and all copies of these downloaded recordings that have been transferred onto any physical medium or device

in Newton's custody, control, or possession. Defendant Jacquelyn Newton is ordered to pay Plaintiffs' attorney's fees in the amount of $355.00.

Date: 1-6-2006

Edmund A. Sargus, Jr.
United States District Judge